Evan J. Smith (SBN242352)
Brodsky & Smith, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
esmith@brodskysmith.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE LUNSFORD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE JUICE PLUS+ COMPANY, LLC, NATURAL ALTERNATIVES INTERNATIONAL, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00012<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COMES THE PLAINTIFF by and through his attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff and without prejudice as to the putative Class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 17th day of January 2020.

BRODSKY & SMITH, LLC

By: *s/ Evan J. Smith*
Evan J. Smith (SBN242352)
*Attorneys for Plaintiff*

- 1 -